UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTAL NARKIEWICZ, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:20-cv-05682 |
| : | |
| MANHEIM TOWNSHIP, : | |
| Defendant. : | |

# O R D E R

**AND NOW**, this 18th day of January, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment, ECF No. 28, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all counts.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge